FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>-vs-<br>BRIAN RATIGAN,<br><br>                     Defendant. | No.  2:97-CR-0066-WFN-1<br><br>ORDER DISMISSING<br>COUNT 7S |
|---|---|

      Based on the Government's Response to the Court's Order to Show Cause it appears that the Government agrees that the count predicated on violation of 18 U.S.C. § 844(i) should be dismissed. Accordingly,

      **IT IS ORDERED** that Count 7S is **DISMISSED WITHOUT PREJUDICE.**

      The District Court Executive is directed to file this Order and provide copies to counsel.

      **DATED** this 14th day of November, 2019.

11-12-19

                                                      _/s/ WM. Fremming Nielsen_
                                                      WM. FREMMING NIELSEN
                                           SENIOR UNITED STATES DISTRICT JUDGE

ORDER