Brian Edward Ratigan
CCID: 254492
Reg. No. 09077-085
Spokane County Detention Services
1100 W. Mallon Ave.
Spokane, WA 99260

June 21, 2020           Case No.: 2:97-cr-00066-WFN-1

The Honorable William Fremming Nielsen
Senior U.S. Distrist Court Judge
U.S. District Court ED/WA, Spokane

   Re: Letter accepting responsibility for
     criminal conduct

Dear Judge Nielsen:

  This letter is to inform the court that I accept responsibility for my criminal conduct on July 12, 1996, while participating in both the bombing of the Planned Parenthood Clinic at 26 South Pines, Spokane, WA, and the armed

robbery of the U.S. Bank, located at 9208 East Sprague, Spokane, WA. Please understand, I accept responsibility only for the criminal acts I was involved in speaking solely for myself.

I moved to Northern Idaho in 1994. About a year after, I was introduced to a new radical form of Christianity. I was easily persuaded being a new Christian and immature Bible student. I was indeed influenced by other men and families in the surrounding area. As a result, I became deeply polarized and borderline delusional, so no one could reach me to expose that my new found religion was a twisted-flawed and distorted interpretation of the Old Testament, regarding abortion, banking and other scriptural areas, which I eventullay adopted.

I was not forced to adopt this new religion. I choose to trust those preaching it without throughly researching it myself, thus being and allowing myself to be deceived. This was unusual and highly uncharacteristic of me due to always

.2

Letter Accepting Responsibility For Criminal Conduct

being my own man not allowing myself to be blindly led, nor to misplace my loyalty, which clearly happened because I was a fool.

My new religion was self-serving taking bible verses out of context to support my version demanding other folks adopt my position by use of violence. As such, I violated their free will, and took their GOD given right to worship as they desire by insisting mine was the correct way and others should yield to it by force if necessarry. I ignored their freedom of choice to follow their heart, mind and path GOD has for them, essentially interferring with His purpose for them. I disregarded their personal opinions and views that I could have learned from to show me it was I that strayed from sound-proven biblical doctrine and correct understanding to my own demise.

I completely missed the profound difference between the practice of an errant

.3

Letter Accepting Responsibility For Criminal Conduct

form of religion, and the law of the spirit, through love, faith, hope, mercy, compassion, patience, forgiveness and peace.

Furthermore, my criminal acts took away the victim's security in their person, place, property and travel that is so precious and priceless to human beings. This truly ways on my heart and mind because being a victim myself, I should have known better than to victimize others. It also torments me knowing I took a military service oath to protect and defend the lives of all Americans, but instead victimized them, which is disgraceful.

However, over the years, I started to move in a different direction being challenged by highly respected, intelligent and gifted spiritual leaders, teachers and guides such as Life Connections Coordinator Chaplain Scott Bonham, Life Connections Spiritual Guide Pastor Garland Davis, Dr. Ellen DeLear Professor of Hebrew Study at the Denver Christian Seminary, and Rabbi Stuart Levites Adjunct Professor at the Denver Christian Seminary

.4

Letter Accepting Responsibility For Criminal Conduct

over Messianic Studies. Now I am soundly convinced just how wrong I was beleiving as I did that led me to rationalize participating in acts of violence of armed bank robbery, and arson bombing in Spokane Valley Washington on July 12, 1996. I've learned to agree to disagree.

I realized years ago if this day ever came I would have to accept responsibility for my criminal conduct. I've cost myself my freedom and caused untold pain and suffering to the victims and my family. I believe the last 23 plus years has been fair punishment for what I've done. I deserved what I received.

I also believe that words are cheap and if kept in confinement I can not show all the changes I have made. I accept the fact I may never see the light of day and freedom again. But I also believe I have tried to in serve my sentence as honorable as possible, and if given the chance I can display the changed man I have become.

I have used my time wisely to change my thought process due to serving a healthy sentence

-5-

Letter Accepting Responsibility For Criminal Conduct

length. Federal Bureau of Prisons certainly does offer many programs for change.

I also realized I would have to prove to you I was redeemable working diligently to rehabilitate myself.

I spent eight years living in residential treatment programs units, and another five years in non-residential programs. Many of the theraputic programs I took helped me address several problems I did not known I was suffering from.

I took a lot of hostile, and at times dangerous criticism from other inmates because I choose to follow the rules and not engage in harmful prison vices, and unlawful behavior. I wanted to serve my sentence as meaningful as I could given the environment, so I sought out other prisoners with positive mental attitudes that wanted to turn their lives around for the

.6

Letter Accepting Responsibility For Criminal Conduct

better. In numerous ways, I became a mentor to others suggesting they pursue constructive programming and behavior that undoubtably encouraged other incarcerated men to follow in my footsteps.

GOD knows the damage I have caused and the right thing to do as a changed man is accept any and all punishment imposed upon me and not be angry or surprised at what I have come to deserve. I also know reformation is only good if I am given a chance to show the changes I have made. Either way, I accept the punishment imposed for the damage I have caused the victims that will never go away. I believe everyone deserves a second chance to show reformation and I am praying the positive changes I made will also allow my victims to move on, knowing that change is possible.

I will accept if my freedom is denied for in, and with GOD, I will continue to trust in Him to lead the way He and society sees fit.

.7

Letter Accepting Responsibility For Criminal Conduct

I think this is the proper outlook to have, seeing all the harm I created in my past. Accepting this like I have, has allowed my heart to start healing strengthening my relationship with GOD and freeing my mind to better myself daily. This is something that should have done long ago but never knew the chance would come, and if it did, I was concerned I would not know how because I was afraid.

For all concerned, I condemn my criminal conduct and assure you, I will never-ever do, or think of doing any lawless acts again. I have seen and heard first hand the negative destructive and harmful results radical violent fringe groups have on people both free and bond, especially after September 11, 2001, which still lingers in my mind. I just hope for the opportunity to live out what's left of my life re-establishing family ties, meeting my grandchildren while living at peace with all people as a law abiding, tax paying - productive member of society. Please give me the chance to earn your trust once again putting all I have learned to good use helping others.

.8

Letter Accepting Responsibility For Criminal Conduct

Judge Nielsen that day has come. I pray my acceptance of responsibility for my criminal conduct, my deep remorse to the victims for the harm I have caused them, my years of rehabilitation, and over 23 years of incarceration sentence has found favor in your heart, and counted worthy in your wisdom to grant me a second chance at freedom. Thank you.

Respectfully submitted on June 21, 2020, by,
Brian E. Ratigan
Brian Edward Ratigan

"There is a way that seems right to a man, but its end is the way to death." Proverbs 16:25

9

Letter Accepting Responsibility For Criminal Conduct