Victims Impact Statement by Brian Edward Ratigan
Case No. 2:97-cr-00066-WFN-1
June 24, 2020

To all the victims and their families of my criminal acts.

I have spent 20 plus years reflecting on my decisions, words and actions that have led me to this.

I can not take back the physical pain, emotional-mental anguish and financial loss I have caused you but pray every day for those adversily affected by my poor choices and destructive activity to be comforted by the Almighty.

I often contemplate on all the damage and hurt I am responsible for, and what yours lives are like because of me, the nightmares, anxiety and fear I have installed in your hearts and minds because of my heinous crimes against you.

I realize your lives will not, and have not been the same due to my transgression against you, and petition GOD to ease your pain. The trauma, suffering and sleepless nights I caused you folks - ways heavily on my heart and mind, and I pray that you can someday forgive me, and be able to move on with your lives.

I know the harm I caused you, and how it has affected me is nothing compared to what it has done to your lives. I have accepted responsibility for my

criminal conduct, but only hope for closure and repair to you folks.

As long as I live, I will pray you find healing in your hearts, minds and lives for you and your families.

I hear and feel your pain and suffering from reading your victim statements, but I could not know what you go through on a daily basis, but I humbly beseech your forgiveness, and implore for closure in your inward being.

Please know I wish I could take those momments back that caused you so much pain and suffering but I cannot. Please I entreat you to consider and accept my apology and how truly and deeply sorry I am.

This prayer is for all the victims of my criminal acts in Spokane, WA, the Northwest and America:

The heavenly Father bless you and keep you; may GOD make His face shine upon you; The LORD lift up His countenance upon you and give you peace. Amen

Respectfully submitted on,
June 21, 2020, by,
Brian E. Ratigan
Brian Edward Ratigan

2
Victims Impact Statement by Brian Edward Ratigan