| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0980 2:97CR00066-WFN-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of Washington | DIVISION Spokane |
|---|---|---|
| Ratigan, Brian <br> ▇▇▇▇▇▇▇ <br> Sandpoint, Idaho 83864 | NAME OF SENTENCING JUDGE <br> Wm. Fremming Nielsen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM — TO |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 10, 2020**

SEAN F. McAVOY, CLERK

OFFENSE

Conspiracy, in violation of 18 U.S.C. § 371
Destruction of Building Used in Interstate Commerce, in violation of 18 U.S.C. §§ 844(i) and 2
Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d) and 2
Use of Firearm During Crime of Violence, in violation of 18 U.S.C. §§ 924(c) and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Idaho   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/9/2020
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District of Idaho

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 9, 2020
*Effective Date*

*[signature]*
*United States District Judge*